# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00137-CV

### In re Juan Guevara Torres; E-Nnovations Technologies and Marketing, LLC; and Digital Data Technologies LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We lift the stay of the proceedings in the underlying case. *See id*. R. 52.10.

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Filed: April 9, 2026